IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLOTTE ANN ROMINE**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 4:12CV00758 BSM**

**CAROLYN COLVIN, Commissioner,**
**Social Security Administration**                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

IT IS SO ORDERED this 17th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE